**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MAINSTREAM DEVELOPMENT GROUP, INC.,**

        **Plaintiff,**

-vs-                        **Case No. 6:05-cv-1895-Orl-19DAB**

**MAINSTREAM GROUP VII, LP,**

        **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR DEFAULT AS AGAINST COUNTER-DEFENDANT MAINSTREAM DEVELOPMENT GROUP, INC. (Doc. No. 47)
>
> **FILED:** September 18, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The amended counterclaim has never been filed (except as an attachment to the motion for leave to file), and there is no indication as to when (or if) it was served on this Defendant. In any event, there is no basis for entering a default.

**DONE** and **ORDERED** in Orlando, Florida on September 22, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Counsel of Record